UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

W.C. (A# 216-005-569),
Petitioner,
v.
MARKWAYNE MULLIN, *et al.*,
Respondents.

Case No. 5:26-cv-05204-CV-DMK

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED.

DATED: October 21, 2026

Cynthia Valenzuela
Honorable Cynthia Valenzuela
United States District Judge